UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID EDWARD GILES, ) | CASE NO. C07-533-JCC-MAT |
| Petitioner, ) | |
| v. ) | ORDER RE: PENDING MOTIONS |
| RON VAN BOENING, ) | |
| Respondent. ) | |

Petitioner, proceeding *pro se*, submitted a 28 U.S.C. § 2254 habeas corpus petition. (Dkt. 1.) Petitioner also submitted four motions along with his petition. ( *See* Dkt. 2 ("Motion to Transfer Habeas Petition to a Neutral Jurisdiction"), Dkt. 3 ("Motion for Discovery"), Dkt. 4 (Motion for Evidentiary Hearing") & Dkt. 5 ("Motion for Expansion of Record").) However, as petitioner's habeas petition has not yet been served on respondent, these motions are premature. Accordingly, petitioner's pending motions (Dkts. 2-5) are hereby STRICKEN from the Court's motion calendar. Should petitioner desire to resubmit these motions, he should do in accordance with the forthcoming Order for Service and Answer. The Clerk shall direct copies of this Order

/ / /

ORDER RE: PENDING MOTIONS
PAGE -1

01 to petitioner and to the Honorable John C. Coughenour.

02      DATED this 18th day of April, 2007.

03
                                          _____
                                          Mary Alice Theiler
04                                        United States Magistrate Judge

ORDER RE: PENDING MOTIONS
PAGE -2