01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  DAVID EDWARD GILES,                    )    CASE NO. C07-533-JCC-MAT
                                           )
09        Petitioner,                      )
                                           )
10        v.                               )    ORDER RE: PENDING MOTIONS
                                           )
11  RON VAN BOENING,                       )
                                           )
12        Respondent.                      )
    _____    )

13

14        Petitioner, proceeding *pro se* in this 28 U.S.C. § 2254 habeas corpus action, filed a motion

15  for an order requiring the State to furnish missing portions of records (Dkt. 26) and a motion to

16  transfer this action to a neutral jurisdiction (Dkt. 35).  Having considered those motions and any

17  papers filed in support and in opposition, along with the remainder of the record, the Court hereby

18  finds as follows:

19        (1)    Petitioner's motion for an order requiring the State to furnish missing portions of

20  records (Dkt. 26) is STRICKEN as moot.  Petitioner himself provided the records sought in this

21  motion.  (*See* Dkt. 40.)

22        (2)    Petitioner's motion to transfer this action to a neutral jurisdiction (Dkt. 35) is

ORDER RE: PENDING MOTIONS
PAGE -1

01  DENIED.  The Court finds no basis for granting this request.

02          (3)      The Clerk shall direct a copy of this Order to petitioner, to counsel for respondent,

03  and to the Honorable John C. Coughenour.

04          DATED this 23rd day of October, 2007.

05

06                                                  _____
                                                    Mary Alice Theiler
07                                                  United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: PENDING MOTIONS
PAGE -2