THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID EDWARD GILES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON VAN BOENING,<br><br>　　　　　Respondent. | NO. C07-0533-JCC-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT TRIAL TRANSCRIPTS<br>　　　　　(~~Proposed~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to December 7, 2007 to submit copies of the transcripts from Petitioner's second state court trial is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this <u>24th</u> day of October, 2007.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187