UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID EDWARD GILES,

    Petitioner,

  v.

RON VAN BOENING,

    Respondent.

CASE NO. C07-0533-JCC

ORDER

    This matter comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer thereto (Dkt. No. 20), the Report and Recommendation ("R&R") of Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 56), Petitioner's Objections to the R&R (Dkt. No. 61), and Respondent's Response to the Objections (Dkt. No. 63). The Court, having carefully considered these papers and the balance of relevant papers in the file, has determined that oral argument is not necessary.

    The Court finds that Petitioner's Objections raise no new issues or arguments that have not been properly addressed by the Magistrate Judge. Having carefully reviewed the briefing on each of Petitioner's grounds for relief, the Court finds that each is properly addressed in the R&R. Accordingly, the Court hereby APPROVES and ADOPTS the R&R, and DISMISSES with prejudice Petitioner's

ORDER – 1

1    Habeas Corpus Petition.

2         In addition, Petitioner's Motion for Discovery (Dkt. No. 33) and Motion for Evidentiary Hearing

3    (Dkt. No. 34) are DENIED. The Clerk is instructed to close the case and to send copies of this Order to

4    Petitioner, to counsel for Respondent, and to Magistrate Judge Theiler.

5         DATED this 15th day of April, 2008.

                                                                    _____
7                                                                   John C. Coughenour
                                                                    UNITED STATES DISTRICT COURT

26   ORDER – 2